UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

JOSEPH CHRIS ZORN,

Plaintiff,

v.  6:09-cv-81

PRINCIPAL LIFE INSURANCE COMPANY,

Defendant.

## ORDER

The parties met yesterday for a pretrial conference. As this case will be a bench trial "on the papers," *see Muller v. First Unum Life Ins. Co.*, 341 F.3d 119, 124 (2d Cir. 2003), both parties are directed to file their briefs by May 27, 2011. Both parties' responses are due June 6, 2011. Replies shall only be permitted by leave of Court.

This 27th day of April 2011.

*[signature]*
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA