**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**STATESBORO DIVISION**

**JOSEPH CHRIS ZORN,**

**Plaintiff,**

**v.**                        **6:09-cv-81**

**PRINCIPAL LIFE INSURANCE**
**COMPANY,**

**Defendant.**

## ORDER

On October 24, 2011, the Court ordered "the parties to jointly recommend to the Court an employability analyst" who would evaluate Zorn's ability to perform the "material duties" of any job reasonably fitting his background and training. *See* Doc. 82. The parties have jointly recommended Kathryn W. Willard ("Willard"). *See* Doc. 87.

The Court ***ORDERS*** that Plaintiff submit to an independent employability analysis by Willard as soon as practical but no later than December 10, 2011. Defendant shall be responsible for Willard's charges in connection with her evaluation and report to this Court.

This 14th day of November 2011.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA